MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAJBIR KAUR, | CASE NO. 2:25-CV-00097-AC |
|---|---|
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY STAY |
| v. | |
| UR JADDOU, ET AL., | |
| Defendant. | |

    The Defendants respectfully request to stay this case through September 19, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Kaur's pending asylum application, which she filed in 2019. USCIS has scheduled Plaintiff Kaur's asylum interview for May 22, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Kaur's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

/ / /

1

The parties therefore stipulate that this matter be stayed September 19, 2025. The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated: March 5, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: March 5, 2025      By:   /s/ JESSICA T. ARENA
JESSICA T. ARENA
Counsel for Plaintiffs

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: March 6, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE